Michael J.F. Smith, #109426
**Michael J.F. Smith, A Professional Corporation**
1391 West Shaw Avenue, Suite D
Fresno, California 93711
(559)229-3900
Fax: (559)229-3903

Attorney for Defendant,
ANGELA CARDOSA OLIVEIRA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANGELA CARDOSO OLIVEIRA,<br>INDIVIDUALLY and d/b/a STEVINSON<br>BAR & GRILL,<br><br>Defendant. | Case No. 1:10-CV-01696-OWW-SMS<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO VACATE ITS MOTION TO WITHDRAW DEEMED ADMISSIONS**<br><br>Date: July 1, 2011<br>Time: 9:30 a.m.<br>Dept.: 7<br><br>Action Filed: 09/16/2010<br><br>The Honorable Sandra M. Snyder |

TO ALL PARTIES AND ITS ATTORNEYS OF RECORD:

After consideration of the moving papers, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendant's Motion to Vacate Motion to Withdraw Deemed Admissions [10] is GRANTED. The July 1, 2011 hearing date for the Motion to Withdraw Deemed Admissions, is hereby Vacated.

IT IS SO ORDERED.

Dated:   June 24, 2011                       /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE

1