Michael J.F. Smith, #109426
**Michael J.F. Smith, A Professional Corporation**
1391 West Shaw Avenue, Suite D
Fresno, California 93711
(559)229-3900
Fax: (559)229-3903

Attorney for Defendant,
ANGELA CARDOSA OLIVEIRA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ) | Case No. 1:10-CV-01696-OWW-SMS |
| Plaintiff, | ) ) | **STIPULATION TO WITHDRAW DEFENDANT'S DEEMED ADMISSIONS ; ORDER** |
| v. | ) ) | |
| ANGELA CARDOSO OLIVEIRA, INDIVIDUALLY and d/b/a STEVINSON BAR & GRILL, | ) ) ) | Date: July 1, 2011 Time: 9:30 a.m. Dept.: 7 |
| Defendant. | ) ) | Action Filed: 09/16/2010 |
| | ) | The Honorable Sandra M. Snyder |

WHEREAS, Defendant, Angela Cardoso Oliveira, dba Stevinson Bar & Grill, did not serve discovery responses to Plaintiff's Request for Admissions, Set One, within 30 days of service;

///

///

///

1

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that any deemed admissions pursuant to Plaintiff's Request for Admissions, Set One, are hereby withdrawn.

DATED:   June 21, 2011                         **MICHAEL J. F. SMITH, A.P.C.**

/s/_Michael J.F. Smith
   Michael J. F. Smith, Esq.
   Attorney for Defendant
   Angela Cardoso Oliveira

**LAW OFFICES OF THOMAS P. RILEY, P.C.**

DATED:   June 21, 2011

/s/ Thomas P. Riley
   Thomas P. Riley,
   Attorney for Plaintiff,
   J & J Sports Production, Inc.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated:   **June 24, 2011**                         **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE

2