Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Angela Cardoso Oliveira, et al., <br><br> Defendant. | CASE NO. CV 10-1696 OWW SMS <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ANGELA CARDOSO OLIVEIRA, individually and d/b/a STEVINSON BAR & GRILL |

   **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ANGELA CARDOSO OLIVEIRA, individually and d/b/a STEVINSON BAR & GRILL, that the above-entitled action is hereby dismissed **without prejudice** against ANGELA CARDOSO OLIVEIRA, individually and d/b/a STEVINSON BAR & GRILL and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

   **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by September 8, 2011, the dismissal shall be deemed to be **with prejudice**.

///

///

///

///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 5, 2011         *s/ Thomas P. Riley*
                            **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                            By:  Thomas P. Riley
                            Attorneys for Plaintiff
                            J & J SPORTS PRODUCTIONS, INC.

Dated: August 5, 2011       *s/ Michael J. F. Smith*
                            **MICHAEL J. F. SMITH, APC**
                            By: Michael J. F. Smith
                            Attorneys for Defendant
                            ANGELA CARDOSO OLIVEIRA,
                            individually and d/b/a STEVINSON BAR & GRILL

IT IS SO ORDERED.

Dated:  **August 8, 2011**              /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**